**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**CLIFFORD BURNS,**

                **Petitioner,**                9:18-cv-488
                                                            (GLS/DJS)

        **v.**

**JAMIE LAMANNA,**

                **Respondent.**

**APPEARANCES:**                                  **OF COUNSEL:**

**FOR THE PETITONER:**
Clifford Burns
Pro Se
14-A-4082
Clinton Correctional Facilty
P.O. Box 2000
Dannemora, NY 12929

**FOR THE RESPONDENT:**
HON. LETITIA JAMES                JAMES FOSTER GIBBONS
New York State Attorney General    Assistant Attorney General
28 Liberty Street
New York, NY 10005

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed August 25, 2021. (Dkt. No. 31.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 31) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the petition (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that no certificate of appealability shall issue because petitioner has failed to make "a substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

September 14, 2021
Albany, New York

Gary L. Sharpe
U.S. District Judge

2